2019-10-01    2020-10-01    2019-10-01    2019-07-27    **HOMEOWNERS**    $2,829.00    HP 2041721  - 20 -  D    R

# MERRIMACK MUTUAL FIRE INS. CO.

ANDOVER,   MASSACHUSETTS   01810

RENEWAL DECLARATION * * EFFECTIVE 10/01/19

PART B DECLARATIONS PAGE
20190726-99:00:99:39

RENEWAL OF POLICY HP   2041721

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| HP  2041721 | 10/01/19 | 10/01/20 | 0005923 | TELEPHONE:   (855) 874-0123 |

**NAMED INSURED AND ADDRESS**

TONY CLAWSON
& ARLENE CLAWSON
4 BUTTERNUT LN
WESTPORT CT   06880-1620

USI INSURANCE SERVICES LLC
75 JOHN ROBERTS RD BLDG C
SOUTH PORTLAND ME  04106-6905

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

POLICY PERIOD- 12:01 AM STANDARD TIME AT THE RESIDENCE PREMISES.

RATING INFORMATION:
AUTOMATIC VALUE-UP AT RENEWAL, FRAME, CONSTRUCTED IN 1962,
PROTECTION CLASS 03, TERRITORY 31, FEET FROM HYDRANT 1000, 1 FAMILY,
PREMIUM GROUP 33, INSIDE CITY. TIER 3.

DEDUCTIBLE:  IN CASE OF A LOSS UNDER SECTION I, WE COVER ONLY THAT PART
OF THE LOSS OVER $ 1000

COVERAGE AT THE ABOVE DESCRIBED LOCATION IS PROVIDED ONLY WHERE A LIMIT OF LIABILITY IS SHOWN OR A PREMIUM IS STATED

| SECTION I COVERAGE | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| A. DWELLING | $642,500 | |
| B. OTHER STRUCTURES | $64,250 | |
| C. PERSONAL PROPERTY | $449,750 | |
| D. LOSS OF USE | $128,500 | |
| **SECTION II COVERAGE** | | |
| E. PERSONAL LIABILITY | $500,000 | |
| F. MEDICAL PAYMENTS TO OTHERS | $1,000 | |
| TOTAL BASIC PREMIUM | | |

SUPPLEMENTAL PREMIUM OR CREDITS
PROPERTY REMEDIATION/ESCAPED FUEL & LIMITED LEAD/FUEL LIAB
SUPERIOR HOME PROGRAM
INCLUDES:
COMPREHENSIVE FORM, HO 00 05                              NO ADD'L CHARGE
ADD'L LIMITS OF LIABILITY FOR COVERAGES A,B,C & D, HO 04 11  NO ADD'L CHARGE
COVERAGE C INCREASED TO 70%                               NO ADD'L CHARGE
PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT, HO 04 90  NO ADD'L CHARGE
ORDINANCE OR LAW COVERAGE(100% OF COVERAGE-A LIMIT),HO 04 77  NO ADD'L CHARGE
ADDITIONAL COVERAGE ENDORSEMENT, H-142                    NO ADD'L CHARGE
PREMISES ALARM OR FIRE PROT SYSTEM, HO 04 16
ACCOUNT CREDIT ENDORSEMENT, H-925
THIS IS A TRUE AND CERTIFIED COPY.

PLEASE  NOTE :
POLICY CHANGES SHOULD BE PROCESSED THROUGH YOUR AGENT.

HOME OFFICE COPY

# MERRIMACK MUTUAL FIRE INS. CO.

### ANDOVER, MASSACHUSETTS 01810

PART B DECLARATIONS PAGE

RENEWAL DECLARATION * * EFFECTIVE 10/01/19

RENEWAL OF POLICY HP  2041721

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| HP  20-41-721 | 10/01/19 | 10/01/20 | 0005923 | TELEPHONE:   (855) 874-0123 |

**NAMED INSURED AND ADDRESS**

TONY CLAWSON
& ARLENE CLAWSON
4 BUTTERNUT LN
WESTPORT CT    06880-1620

USI INSURANCE SERVICES LLC
75 JOHN ROBERTS RD BLDG C
SOUTH PORTLAND ME  04106-6905

```
    OPTIONAL DEDUCTIBLE
    COASTAL SURCHARGE
    CONNECTICUT HEALTHY HOME FEE
               TOTAL SUPPLEMENTAL PREMIUMS - - - - - - - - - - -
               TOTAL HOMEOWNER PREMIUM - - - - - - - - - - - - -
               TOTAL UMBRELLA PREMIUM  - - - - - - - - - - - - -
                  TOTAL ANNUAL PREMIUM - - - - - - - - - - - - -
```



```
FORMS AND ENDORSEMENTS - HO0005 05/11, HO0106 01/19, HF931CT 10/16,
   HF-153 06/14*, HF992CT 07/11, ILP001 01/04, HOP063 10/15, HO0580 05/11,
   H-142 10/14, HO0411 05/11, HO0416 10/00, HO0477 10/00, HO0490 05/11,
   H-925 05/97, HO0475 05/11.
```

07/27/19
DATE

    IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
    THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
****************************************************************************

 DESCRIPTION OF ADDITIONAL COVERAGES

  PROP REMEDIATION/ESCAPED FUEL & LIM LEAD/FUEL LIAB
    TOTAL SECTION I LIMIT IS $ 10000, TOTAL SECTION II LIMIT IS $ 300000,
    LIQUID FUEL RISK CLASS 200, LEAD RISK CLASS 600.

  LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
    TOTAL SECTION I LIMIT IS $ 10000, TOTAL SECTION II LIMIT IS $ 50000.

  ADDITIONAL COVERAGE ENDORSEMENT

  ADDITIONAL LIMITS OF LIABILITY FOR COVERAGES A,B,C & D

  PREMISES ALARM OR FIRE PROT. SYSTEM
    PERCENTAGE IS 02.

CONTINUED ON NEXT PAGE

**HOMEOWNERS**

HP 2041721      - 20 -   D

# MERRIMACK MUTUAL FIRE INS. CO.

ANDOVER, MASSACHUSETTS 01810

PART B DECLARATIONS PAGE

RENEWAL DECLARATION * * EFFECTIVE 10/01/19

RENEWAL OF POLICY HP  2041721

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| HP  20-41-721 | 10/01/19 | 10/01/20 | 0005923 | TELEPHONE:   (855) 874-0123 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| **TONY CLAWSON**<br>**& ARLENE CLAWSON**<br>**4 BUTTERNUT LN**<br>**WESTPORT CT     06880-1620** | **USI INSURANCE SERVICES LLC**<br>**75 JOHN ROBERTS RD BLDG C**<br>**SOUTH PORTLAND ME  04106-6905** |

DESCRIPTION OF ADDITIONAL COVERAGES


ORDINANCE OR LAW INCREASED AMOUNT OF COVERAGE
  TOTAL PERCENTAGE IS 100.

PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

ACCOUNT CREDIT ENDORSEMENT

CONTINUED ON NEXT PAGE

HOME OFFICE COPY

**HOMEOWNERS**
# MERRIMACK MUTUAL FIRE INS. CO.
ANDOVER,    MASSACHUSETTS    01810

PART B DECLARATIONS PAGE
20190927-99:00:18:63

RENEWAL DECLARATION * * EFFECTIVE 10/01/19

RENEWAL OF POLICY HP  2041721

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| HP 2041721 | 10/01/19 | 10/01/20 | 0005923 | TELEPHONE:  (855) 874-0123 |

| NAMED INSURED AND ADDRESS | |
|---|---|
| TONY CLAWSON<br>& ARLENE CLAWSON<br>4 BUTTERNUT LN<br>WESTPORT CT    06880-1620 | USI INSURANCE SERVICES LLC<br>75 JOHN ROBERTS RD BLDG C<br>SOUTH PORTLAND ME 04106-6905 |

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

POLICY PERIOD- 12:01 AM STANDARD TIME AT THE RESIDENCE PREMISES.

**RATING INFORMATION:**
  AUTOMATIC VALUE-UP AT RENEWAL, FRAME, CONSTRUCTED IN 1962,
  PROTECTION CLASS 03, TERRITORY 31, FEET FROM HYDRANT 1000, 1 FAMILY,
  PREMIUM GROUP 33, INSIDE CITY. TIER 3.

**DEDUCTIBLE:**  IN CASE OF A LOSS UNDER SECTION I, WE COVER ONLY THAT PART
  OF THE LOSS OVER $ 1000

COVERAGE AT THE ABOVE DESCRIBED LOCATION IS PROVIDED ONLY WHERE A LIMIT OF LIABILITY IS SHOWN OR A PREMIUM IS STATED

| SECTION I COVERAGE | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| **A. DWELLING** | $642,500 | ███ |
| **B. OTHER STRUCTURES** | $64,250 | |
| **C. PERSONAL PROPERTY** | $449,750 | |
| **D. LOSS OF USE** | $128,500 | |
| **SECTION II COVERAGE** | | |
| **E. PERSONAL LIABILITY** | $500,000 | ███ |
| **F. MEDICAL PAYMENTS TO OTHERS** | $1,000 | |
| TOTAL BASIC PREMIUM | | |

         SUPPLEMENTAL PREMIUM OR CREDITS
          PROPERTY REMEDIATION/ESCAPED FUEL & LIMITED LEAD/FUEL LIAB
         SUPERIOR HOME PROGRAM                                          ███
          INCLUDES:
            COMPREHENSIVE FORM, HO 00 05                        NO ADD'L CHARGE
            ADD'L LIMITS OF LIABILITY FOR COVERAGES A,B,C & D, HO 04 11   NO ADD'L CHARGE
            COVERAGE C INCREASED TO 70%                         NO ADD'L CHARGE
            PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT, HO 04 90  NO ADD'L CHARGE
            ORDINANCE OR LAW COVERAGE(100% OF COVERAGE-A LIMIT),HO 04 77  NO ADD'L CHARGE
            ADDITIONAL COVERAGE ENDORSEMENT, H-142              NO ADD'L CHARGE
          PREMISES ALARM OR FIRE PROT SYSTEM, HO 04 16
          ACCOUNT CREDIT ENDORSEMENT, H-925                              ███

                        PLEASE  NOTE :
           ALL POLICY CHANGES SHOULD BE PROCESSED THROUGH YOUR AGENT.

# MERRIMACK MUTUAL FIRE INS. CO.

ANDOVER, MASSACHUSETTS 01810

PART B DECLARATIONS PAGE

RENEWAL DECLARATION * * EFFECTIVE 10/01/19

RENEWAL OF POLICY HP  2041721

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| HP 20-41-721 | 10/01/19 | 10/01/20 | 0005923 | TELEPHONE:  (855) 874-0123 |

**NAMED INSURED AND ADDRESS**

TONY CLAWSON
& ARLENE CLAWSON
4 BUTTERNUT LN
WESTPORT CT     06880-1620

USI INSURANCE SERVICES LLC
75 JOHN ROBERTS RD BLDG C
SOUTH PORTLAND ME  04106-6905



```
OPTIONAL DEDUCTIBLE
COASTAL SURCHARGE
CONNECTICUT HEALTHY HOME FEE
            TOTAL SUPPLEMENTAL PREMIUMS - - - - - - - - - - - -
            TOTAL HOMEOWNER PREMIUM - - - - - - - - - - - - - -
            TOTAL UMBRELLA PREMIUM  - - - - - - - - - - - - - -
                    TOTAL ANNUAL PREMIUM - - - - - - - - - - - - -
```

FORMS AND ENDORSEMENTS - HO0005 05/11, HO0106 01/19, HF931CT 10/16,
  HF-153 06/14*, HF992CT 07/11, ILP001 01/04, HOP063 10/15, HO0580 05/11,
  H-142 10/14, HO0411 05/11, HO0416 10/00, HO0477 10/00, HO0490 05/11,
  H-925 05/97, HO0475 05/11.

```
                        --------------------        09/27/19
                        AUTHORIZED SIGNATURE         DATE
```

   IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
*****************************************************************************

DESCRIPTION OF ADDITIONAL COVERAGES

  PROP REMEDIATION/ESCAPED FUEL & LIM LEAD/FUEL LIAB
    TOTAL SECTION I LIMIT IS $ 10000, TOTAL SECTION II LIMIT IS $ 300000,
    LIQUID FUEL RISK CLASS 200, LEAD RISK CLASS 600.

  LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
    TOTAL SECTION I LIMIT IS $ 10000, TOTAL SECTION II LIMIT IS $ 50000.

  ADDITIONAL COVERAGE ENDORSEMENT

  ADDITIONAL LIMITS OF LIABILITY FOR COVERAGES A,B,C & D

  PREMISES ALARM OR FIRE PROT. SYSTEM
    PERCENTAGE IS 02.

                        CONTINUED ON NEXT PAGE

**HOMEOWNERS**

HP 2041721      - 20 -   D

# MERRIMACK MUTUAL FIRE INS. CO.

PART B DECLARATIONS PAGE

### ANDOVER, MASSACHUSETTS 01810

RENEWAL DECLARATION * * EFFECTIVE 10/01/19

RENEWAL OF POLICY HP  2041721

| POLICY NUMBER | EFFECTIVE | EXPIRATION | AGENT # | AGENT |
|---|---|---|---|---|
| **HP  20-41-721** | **10/01/19** | **10/01/20** | **0005923** | TELEPHONE:  **(855) 874-0123** |

| NAMED INSURED AND ADDRESS |
|---|

**TONY CLAWSON**
**& ARLENE CLAWSON**
**4 BUTTERNUT LN**
**WESTPORT CT    06880-1620**

**USI INSURANCE SERVICES LLC**
**75 JOHN ROBERTS RD BLDG C**
**SOUTH PORTLAND ME  04106-6905**

DESCRIPTION OF ADDITIONAL COVERAGES


  ORDINANCE OR LAW INCREASED AMOUNT OF COVERAGE
   TOTAL PERCENTAGE IS 100.

  PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

  ACCOUNT CREDIT ENDORSEMENT

CONTINUED ON NEXT PAGE

HOME OFFICE COPY

# HOMEOWNERS ADDITIONAL COVERAGE ENDORSEMENT

**Unless otherwise noted, the policy deductibles apply.  This includes a Hurricane deductible if applicable.**

## DEFINITIONS

Under **DEFINITIONS** paragraph **B.,** with respect to "Motor Vehicle Liability" and "Watercraft Liability", **1.a.(2)** is replaced by the following:

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by an "insured";

## SECTION I PROPERTY COVERAGES

Under **C. Coverage C - Personal Property;** section **3. Special Limits of Liability** is replaced by the following:

**3. Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

**a.** $1,000 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $5,000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**c.** $3,000 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**d.** $3,000 on trailers or semitrailers not used with watercraft of all types.

**e.** $5,000 for loss by theft, misplacing or losing of jewelry, watches, furs, precious and semiprecious stones.

**f.** $3,000 for loss by theft of firearms and related equipment.

**g.** $5,000 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter.

**h.** $10,000 on property, on the "residence premises", used primarily for "business" purposes.

**i.** $2,500 on property, away from the "residence premises", used primarily for "business" purposes.  However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**j.** $2,000 on portable electronic equipment that:

**(1)** Reproduces, receives or transmits audio, visual or data signals;

**(2)** Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

**(3)** Is in or upon a "motor vehicle".

Copyright, Merrimack/Cambridge Mutual Fire Ins Co.
Bay State Insurance Company
Includes copyrighted material of ISO, Inc. with its permission 2014

**k.** $250 for antennas, tapes, wires, records, disks or other media that are:

    **(1)** Used with electronic equipment that reproduces, receives or transmits audio visual or data signals; and

    **(2)** In or upon a "motor vehicle".

## SECTION I - ADDITIONAL COVERAGES

The following coverages are revised:

### 3. Trees, Shrubs and Other Plants

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $1,000 of this limit will be paid for any one tree, shrub or plant.  We do not cover property grown for "business" purposes.

This coverage is additional insurance.

### 4. Fire Department Service Charge

The limit is increased from $500 to $1000.  All other provisions apply.

### 6. Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money

The limit is increased from $500 to $10,000.  All other provisions apply.

### 10. Landlord's Furnishings

The limit is increased from $2,500 to $5,000.  All other provisions apply.

## SECTION I COVERAGE C - PERSONAL PROPERTY

The following coverages are added:

### 13. Theft of Certain Property from Bank Vault

We will pay up to $50,000 for loss by theft of jewelry, watches, precious and semi-precious stones, silver ware, gold ware, silver plated, gold plated, pewter ware, securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps while on the premises of any bank, trust company or safe deposit company in which the property has been placed for safekeeping.

### 14. Refrigerated Products Coverage

We insure, for up to $500, covered property stored in freezers or refrigerators on the "residence premises" for direct loss caused by:

    **a.** "Loss of power" to the refrigeration unit, "Loss of power" must be caused by damage to:

        **(1)** Generating equipment; or

        **(2)** Transmitting equipment; or

Copyright, Merrimack/Cambridge Mutual Fire Ins Co.
Bay State Insurance Company
Includes copyrighted material of ISO, Inc. with its permission 2014

   **b.** Mechanical failure of the unit which stores the property

Coverage will apply only if you have maintained the refrigeration unit in proper working condition immediately prior to the loss.

The **Section I Exclusion A.4. Power Failure,** does not apply to this coverage.

With respect to the provisions of this additional coverage only, the following definition is added:

"Loss of power" means the complete or partial interruption of electric power due to conditions beyond an "insured's" control.

**15. Lock Replacement Coverage**

If the keys to the "Residence premises" are lost or stolen, we will pay up to $500 to replace the locks on all entrances.

**16. Reward Coverage**

We will pay up to $1,000 for information leading to the arrest and conviction of any person(s) who robs, steals, or burglarizes covered personal property from any "insured". No deductible applies to this coverage.

## SECTION II - LIABILITY COVERAGES

The following is added to **Coverage E - Personal Liability**

**Personal Injury Coverage**

If a claim is made or suit is brought against an "insured" for damages resulting from an offence, defined under "personal injury", to which this coverage applies, we will:

**1.** Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

**2.** Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent.  We may investigate and settle any claim or suit that we decide is appropriate.  Our duty to settle or defend ends when our limit of liability for the offense has been exhausted by payment of a judgment or settlement.

The following definitions are added:

"Personal injury" means injury arising out of one or more of the following offenses, but only if the offense was committed during the policy period:

   **1.** False arrest, detention or imprisonment;

   **2.** Malicious prosecution;

   **3.** Invasion of privacy, wrongful eviction or wrongful entry;

   **4.** Publication of material, in any manner, that:

      **a.** Slanders or libels a person or organization; or

      **b.** Disparages a person's or organization's goods, products or services; or

   **5.** Publication of material, in any manner, that violates a person's right of privacy.

"Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

However, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

With respect to the coverage provided by this endorsement, **Section II - Exclusions** is replaced by the following:

This insurance does not apply to:

1.  "Personal injury":

    **a.** Caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury";

    **b.** Arising out of publication of material, in any manner, if done by or at the direction of the "insured" with knowledge of its falsity;

    **c.** Arising out of publication of material, in any manner, whose first publication took place before the beginning of the policy period;

    **d.** Arising out of a criminal act committed by or at the direction of the "insured";

    **e.** Arising out of liability assumed by an "insured" under any contract or agreement except any indemnity obligation assumed by an "insured" under a written contract directly relating to the ownership, maintenance or use of the premises;

    **f.** Sustained by any person as a result of an offense directly or indirectly related to the employment of this person by an "insured";

    **g.** Arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

    This exclusion does not apply to:

    **(1)** The rental or holding for rental of an "insured location";

    **(a)** On an occasional basis if used only as a residence;

    **(b)** In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

    **(c)** In part, as an office, school, studio or private garage; and

    **(2)** An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

    **h.** Arising out of civic or public activities performed for pay by an "insured";

    **i.** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release, or escape of pollutants at any time.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed; or

    **j.** Arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria.

2.  Any loss, cost or expense arising out of any:

    **a.** Request, demand or order that an "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants, "fungi", wet or dry rot, or bacteria; or

    **b.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, clean up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, pollutants, "fungi", wet or dry rot, or bacteria.

Copyright, Merrimack/Cambridge Mutual Fire Ins Co.
Bay State Insurance Company
Includes copyrighted material of ISO, Inc. with its permission 2014

**SECTION II - ADDITIONAL COVERAGES**

With respect to the coverage provided by this endorsement, Paragraph **D. Loss Assessment** is replaced by the following:

**D. Loss Assessment**

We will pay up to $1,000 for your share of loss assessment charged against you, as an owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of "personal injury" not excluded under this endorsement.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of "personal injury".

The following is added to **Coverage E - Personal Liability**

**Part-Time "Business" Pursuits of an "Insured" under 18 years of Age.**

This insurance does not apply in three instances:

**a.** It does not apply to liability as a result of a "business" owned by or controlled by an "insured" or by a partnership or joint venture of which an "insured" is a partner or member.

**b.** It does not apply to liability as a result of rendering or the failure to render professional services of any nature (other than teaching).

**c.** It does not apply to "bodily injury" to a fellow employee of the "insured" injured in the course of work.

**ALL OTHER PROVISIONS OF THIS POLICY APPLY.**

## ANDOVER ADVANTAGE
## ACCOUNT CREDIT ENDORSEMENT

**In consideration of one or more of the following coverages being written in one of our Companies, this policy has received a special discount:**

- **Personal Umbrella Endorsement**
- **Dwelling Fire Policy**
- **Home Business Endorsement (H-912)**
- **Boat Endorsement or Policy**
- **Businessowners Policy (BOP)**
- **Secondary (Seasonal) Location Policy**

**H-925 (05/97)**

## Important Flood Insurance Notice

Your homeowners or dwelling policy does **NOT** provide coverage for loss caused by flood or mudslide, which is defined, in part, by the National Flood Insurance Program as:

> *A general and temporary condition of partial or complete inundation of normally dry land areas from overflow of inland or tidal waters or from the unusual and rapid accumulation or runoff of surface waters from any source.*

If you are required by your mortgage lender to have flood insurance on your property, or if you feel that your property is susceptible to flood damage, insurance covering damage from flood is available on most buildings and contents in participating communities through the federal government's National Flood Insurance Program.

You can learn more about the National Flood Insurance Program by talking with your independent agent or at www.floodsmart.gov or by calling (888) 379-9531.

**HF-153 (06/14)**

**IMPORTANT NOTICE**                                    HF-931 CT 10 16
**THIRD PARTY NOTIFICATION OPTION**

Connecticut law permits you to designate a third party to whom we will send a duplicate copy of any cancellation or nonrenewal notice issued to you for your "homeowners insurance" (meaning property and casualty insurance for owner-occupied buildings with four or fewer dwelling units).

If you are interested in designating someone to receive such duplicate notices, you should discuss this with them and obtain their approval.  Complete the lower portion of this form by:

**1.**   Entering the third party's name and address;

**2.**   Signing and dating this form;

**3.**   Having the third party sign and date it; and

**4.**   Returning it (certified mail, return receipt requested) to:

MERRIMACK MUTUAL FIRE INSURANCE COMPANY
95 Old River Rd
Andover, MA  01810

CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY
95 Old River Rd
Andover, MA  01810

Keep a copy of the completed form for your records.  The third party designation will become effective no later than ten (10) business days after we receive the completed form signed by both you and the third party designee.  You may terminate the third party designation by sending written notification to the designated third party and us.

---

**Request To Designate A Third Party To Receive A Copy Of Policy Termination Notices**

Insured's:   Name   _____        Policy Number   _____

Address   _____

_____

I designate the following person to receive a duplicate copy of any cancellation or nonrenewal notice that you might send me for the policy number shown above.

Name:  _____

Street:  _____

City:  _____   State:  _____   Zip:  _____

_____                     _____
Signature of Insured                                    Date

**I accept the designation above.  I understand my designation as a third party shall not constitute acceptance of any liability on my part or the insurer for services provided to the insured.  If I decide to terminate my designation, I must send written notification (by certified mail, return receipt requested) to both the insured and the company.**

_____                     _____
Signature of Third Party Designee                        Date

HF-931 CT 10 16
Page 1 of 1

HF-992 CT (07/11)

# SUMMARY OF CONSUMER PROTECTIONS

**Dear Policyholder:**

If you are shopping for homeowners' insurance, or if your current policy is up for renewal, "we", may review your credit history in order to develop your "insurance score".  As a general rule, we use your credit history in connection with our _financial history measurement program or insurance-scoring program_ to measure your risk of having an insurance loss.

Policyholders with the most favorable "Insurance Scores" may receive discounts, ranging from 10-20%.  Policyholders with below average or poor insurance scores are subject to surcharges ranging from 20-75%.  Policyholders with average insurance scores do not receive either premium discounts or surcharges.

**A.**    We are required to notify you of that and provide you with a summary of consumer protections regarding the use of your credit history in underwriting or pricing your insurance policy.  These protections are that:

- we cannot deny, cancel or fail to renew coverage based solely on credit information;

- we are required to take into account the effect on your credit of extraordinary life circumstances (as described below);

- if we deny, cancel or increase your premium, or decrease your insurance coverage or amount of insurance based on your credit information, we are required to send you what's called an **_adverse action notice_** explaining the reasons for our action; and

- we can use credit information for: (1) new insurance policies; and (2) on a renewal of an insurance policy.  We may obtain and use your most _updated_ credit information at renewal only at your request or if such use reduces your premium.

**B.**     If your credit information has been adversely impacted by an extraordinary life circumstance that has occurred within the last 3 years, you may request in writing that we consider this information when using your credit information.  These **extraordinary life circumstances** include:

- a catastrophic illness or injury;

- divorce;

- death of a spouse, child or parent;

- involuntary loss of employment for more than three consecutive months;

- identity theft;

- total or other loss that makes your home uninhabitable; and

- any other circumstance an insurer may choose to recognize.

If you believe any of these extraordinary circumstances have impacted your credit, please contact us or your insurance agent and let them know of your extraordinary circumstance(s).

We may require you to provide reasonable, independently verifiable written documentation of your extraordinary life circumstance and explain how it has negatively affected your credit report or credit history.  We will keep confidential any documentation you provide to us.

**C.**    You should also know that we **cannot** use the following credit-related information as part of our financial history measurement program:

- the number of credit inquiries in an applicant's or insured's credit report or credit history;

- the applicant's or insured's use of a particular type of credit card, debit card or charge card;

- the applicant's or insured's total available line of credit;

- any disputed credit information while such dispute is under review by a credit reporting company, provided such information is identified in a applicant's or insured's credit report or credit history as being in dispute;

- collection accounts identified with a medical industry code in the applicant's or insured's credit report or credit history; and

- the applicant's or insured's lack of credit history, unless the insurer treats the applicant or insured as if such applicant or insured had neutral credit information, as defined by the insurer.

# HOMEOWNERS 5 - COMPREHENSIVE FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

**A.** In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

**B.** In addition, certain words and phrases are defined as follows:

**1.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in **b.** below, mean the following:

**a.** Liability for "bodily injury" or "property damage" arising out of the:

**(1)** Ownership of such vehicle or craft by an "insured";

**(2)** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**(3)** Entrustment of such vehicle or craft by an "insured" to any person;

**(4)** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**(5)** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

**b.** For the purpose of this definition:

**(1)** Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

**(2)** Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**(3)** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

**(4)** Motor vehicle means a "motor vehicle" as defined in **7.** below.

**2.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**3.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

**b.** Any other activity engaged in for money or other compensation, except the following:

**(1)** One or more activities, not described in **(2)** through **(4)** below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

**(2)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

**(3)** Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

**(4)** The rendering of home day care services to a relative of an "insured".

**4.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**5.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in your care or the care of a resident of your household who is your relative;

**b.** A student enrolled in school full-time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

**(1)** 24 and your relative; or

**(2)** 21 and in your care or the care of a resident of your household who is your relative; or

© Insurance Services Office, Inc., 2010

**c.** Under Section **II:**

   **(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person described in **5.a.** or **b.** "Insured"does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

   **(2)** With respect to a "motor vehicle" to which this policy applies:

      **(a)** Persons while engaged in your employ or that of any person described in **5.a.** or **b.;** or

      **(b)** Other persons using the vehicle on an "insured location" with your consent.

Under both Sections **I** and **II,** when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

**6.** "Insured location" means:

**a.** The "residence premises";

**b.** The part of other premises, other structures and grounds used by you as a residence; and

   **(1)** Which is shown in the Declarations; or

   **(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **a.** and **b.** above;

**d.** Any part of a premises:

   **(1)** Not owned by an "insured"; and

   **(2)** Where an "insured" is temporarily residing;

**e.** Vacant land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one-, two-, three- or four-family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured"; or

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use.

**7.** "Motor vehicle" means:

**a.** A self-propelled land or amphibious vehicle; or

**b.** Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**9.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**10.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

**11.** "Residence premises" means:

**a.** The one-family dwelling where you reside;

**b.** The two-, three- or four-family dwelling where you reside in at least one of the family units; or

**c.** That part of any other building where you reside;

and which is shown as the "residence premises" in the Declarations.

"Residence premises" also includes other structures and grounds at that location.

## SECTION I - PROPERTY COVERAGES

## A. Coverage A - Dwelling

**1.** We cover:

**a.** The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

**b.** Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

**2.** We do not cover land, including land on which the dwelling is located.

## B. Coverage B - Other Structures

**1.** We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

**2.** We do not cover:

**a.** Land, including land on which the other structures are located;

**b.** Other structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

**c.** Other structures from which any "business" is conducted; or

**d.** Other structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling, provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**3.** The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage **A.** Use of this coverage does not reduce the Coverage **A** limit of liability.

## C. Coverage C - Personal Property

**1. Covered Property**

We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

**a.** Others while the property is on the part of the "residence premises" occupied by an "insured"; or

**b.** A guest or a "residence employee", while the property is in any residence occupied by an "insured".

**2. Limit For Property At Other Locations**

**a. Other Residences**

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because it is:

**(a)** Being repaired, renovated or rebuilt; and

**(b)** Not fit to live in or store property in; or

**(2)** In a newly acquired principal residence for 30 days from the time you begin to move the property there.

**b. Self-storage Facilities**

Our limit of liability for personal property owned or used by an "insured" and located in a self-storage facility is 10% of the limit of liability for Coverage **C,** or $1,000, whichever is greater. However, this limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because it is:

**(a)** Being repaired, renovated or rebuilt; and

**(b)** Not fit to live in or store property in; or

**(2)** Usually located in an "insured's" residence, other than the "residence premises".

**3. Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

**a.** $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

**b.** $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

**c.** $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

**d.** $1,500 on trailers or semitrailers not used with watercraft of all types.

**e.** $1,500 for loss by theft, misplacing or losing of jewelry, watches, furs, precious and semiprecious stones.

**f.** $2,500 for loss by theft, misplacing or losing of firearms and related equipment.

**g.** $2,500 for loss by theft, misplacing or losing of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

**h.** $2,500 on property, on the "residence premises", used primarily for "business" purposes.

**i.** $1,500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**j.** $1,500 on portable electronic equipment that:

**(1)** Reproduces, receives or transmits audio, visual or data signals;

**(2)** Is designed to be operated by more than one power source, one of which is a "motor vehicle's" electrical system; and

**(3)** Is in or upon a "motor vehicle".

**k.** $250 on antennas, tapes, wires, records, disks or other media that are:

**(1)** Used with electronic equipment that reproduces, receives or transmits audio, visual or data signals; and

**(2)** In or upon a "motor vehicle".

**4. Property Not Covered**

We do not cover:

**a.** Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

**b.** Animals, birds or fish;

**c.** "Motor vehicles".

This includes a "motor vehicle's" equipment and parts.

However, this Paragraph **4.c.** does not apply to:

**(1)** Portable electronic equipment that:

**(a)** Reproduces, receives or transmits audio, visual or data signals; and

**(b)** Is designed so that it may be operated from a power source other than a "motor vehicle's" electrical system.

**(2)** "Motor vehicles" not required to be registered for use on public roads or property which are:

**(a)** Used solely to service a residence; or

**(b)** Designed to assist the handicapped;

**d.** Aircraft, meaning any contrivance used or designed for flight, including any parts whether or not attached to the aircraft.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

**e.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

**f.** Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

**g.** Property in an apartment regularly rented or held for rental to others by an "insured", except as provided under **E.10.** Landlord's Furnishings under Section **I - Property Coverages**;

**h.** Property rented or held for rental to others off the "residence premises";

**i.** "Business" data, including such data stored in:

**(1)** Books of account, drawings or other paper records; or

**(2)** Computers and related equipment.

© Insurance Services Office, Inc., 2010

We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market;

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages; or

**k.** Water or steam.

## D. Coverage D - Loss Of Use

The limit of liability for Coverage **D** is the total limit for the coverages in **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use below.

### 1. Additional Living Expense

If a loss covered under Section **I** makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

### 2. Fair Rental Value

If a loss covered under Section **I** makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

### 3. Civil Authority Prohibits Use

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in **1.** Additional Living Expense and **2.** Fair Rental Value above for no more than two weeks.

### 4. Loss Or Expense Not Covered

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

## E. Additional Coverages

### 1. Debris Removal

**a.** We will pay your reasonable expense for the removal of:

**(1)** Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

**(2)** Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

**b.** We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

**(1)** Your trees felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

**(2)** A neighbor's trees felled by a Peril Insured Against;

provided the trees:

**(3)** Damage a covered structure; or

**(4)** Do not damage a covered structure, but:

**(a)** Block a driveway on the "residence premises" which prevents a "motor vehicle", that is registered for use on public roads or property, from entering or leaving the "residence premises"; or

**(b)** Block a ramp or other fixture designed to assist a handicapped person to enter or leave the dwelling building.

The $1,000 limit is the most we will pay in any one loss, regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

### 2. Reasonable Repairs

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

© Insurance Services Office, Inc., 2010

**b.** If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

   **(1)** Increase the limit of liability that applies to the covered property; or

   **(2)** Relieve you of your duties, in case of a loss to covered property, described in **C.4.** under Section **I - Conditions.**

**3. Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

   **a.** Fire or Lightning;

   **b.** Explosion;

   **c.** Riot or Civil Commotion;

   **d.** Aircraft;

   **e.** Vehicles not owned or operated by a resident of the "residence premises";

   **f.** Vandalism or Malicious Mischief; or

   **g.** Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

**4. Fire Department Service Charge**

We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**5. Property Removed**

We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

   **a.** We will pay up to $500 for:

   **(1)** The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's"name;

   **(2)** Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

   **(3)** Loss to an "insured"caused by forgery or alteration of any check or negotiable instrument; and

   **(4)** Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

   All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

   This coverage is additional insurance. No deductible applies to this coverage.

   **b.** We do not cover:

   **(1)** Use of a credit card, electronic fund transfer card or access device:

      **(a)** By a resident of your household;

      **(b)** By a person who has been entrusted with either type of card or access device; or

      **(c)** If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

   **(2)** Loss arising out of "business" use or dishonesty of an "insured".

   **c.** If the coverage in **a.** above applies, the following defense provisions also apply:

   **(1)** We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

   **(2)** If a suit is brought against an "insured" for liability under **a.(1)** or **(2)** above, we will provide a defense at our expense by counsel of our choice.

© Insurance Services Office, Inc., 2010

**(3)** We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under **a.(3)** above.

### 7. Loss Assessment

**a.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against, other than:

**(1)** Earthquake; or

**(2)** Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Paragraph **Q.** Policy Period under Section **I** - Conditions does not apply to this coverage.

This coverage is additional insurance.

### 8. Collapse

This Additional Coverage applies to property covered under Coverages **A** and **B.**

**a.** The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse.

**b.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**c.** This Additional Coverage - Collapse does not apply to:

**(1)** A building or any part of a building that is in danger of falling down or caving in;

**(2)** A part of a building that is standing, even if it has separated from another part of the building; or

**(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**d.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

**(1)** The Perils Insured Against under Coverages **A** and **B;**

**(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

**(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

**(4)** Weight of contents, equipment, animals or people;

**(5)** Weight of rain which collects on a roof; or

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**e.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **d.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

**f.** This coverage does not increase the limit of liability that applies to the damaged covered property.

### 9. Glass Or Safety Glazing Material

**a.** We cover:

**(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

**(2)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

(2) On the "residence premises" if the dwelling has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in **a.(2)** above. A dwelling being constructed is not considered vacant.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

**10. Landlord's Furnishings**

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in each apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused only by the following Perils Insured Against:

**a. Fire Or Lightning**

**b. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**c. Explosion**

**d. Riot Or Civil Commotion**

**e. Aircraft**

This peril includes self-propelled missiles and spacecraft.

**f. Vehicles**

**g. Smoke**

This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**h. Vandalism Or Malicious Mischief**

**i. Falling Objects**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**j. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

**k. Accidental Discharge Or Overflow Of Water Or Steam**

(1) This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

(2) This peril does not include loss:

(a) To the system or appliance from which the water or steam escaped;

(b) Caused by or resulting from freezing except as provided in **m.** Freezing below;

(c) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

(d) Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

(3) In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

© Insurance Services Office, Inc., 2010

**l. Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

**m. Freezing**

**(1)** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

**(a)** Maintain heat in the building; or

**(b)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**(2)** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

**n. Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that is a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**o. Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

This limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

This coverage does not increase the limit of liability applying to the damaged property.

**11. Ordinance Or Law**

**a.** You may use up to 10% of the limit of liability that applies to Coverage **A** for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

**(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

**(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

**(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

**c.** We do not cover:

**(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**12. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "residence premises" for loss caused by a Peril Insured Against.

This coverage does not increase the limits of liability that apply to the damaged covered property.

## SECTION I - PERILS INSURED AGAINST

We insure against direct physical loss to property described in Coverages **A**, **B** and **C**.

We do not insure, however, for loss:

**A.** Under Coverages **A**, **B** and **C**:

**1.** Excluded under Section **I** - Exclusions;

**2.** Caused by:

**a.** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;

**b.** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(1)** Fence, pavement, patio or swimming pool;

**(2)** Footing, foundation, bulkhead, wall, or any other structure or device, that supports all or part of a building or other structure;

**(3)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(4)** Pier, wharf or dock;

**c.** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**d.** Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:

**(1)** A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or

**(2)** A storm drain, or water, steam or sewer pipes, off the "residence premises".

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

**e.** Any of the following:

**(1)** Wear and tear, marring, deterioration;

**(2)** Mechanical breakdown, latent defect, inherent vice or any quality in property that causes it to damage or destroy itself;

**(3)** Smog, rust or other corrosion, or dry rot;

**(4)** Smoke from agricultural smudging or industrial operations;

**(5)** Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against in **a.** through **o.** as listed in **E.10.** Landlord's Furnishings under Section **I** - Property Coverages.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

**(6)** Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

**(7)** Birds, rodents or insects;

**(8)** Nesting or infestation, or discharge or release of waste products or secretions, by any animals; or

**(9)** Animals owned or kept by an "insured".

**Exception To 2.e.**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage **A, B** or **C** resulting from an accidental discharge or overflow of water or steam from within a:

    **(i)** Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

    **(ii)** Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

Section **I** - Exclusion **A.3.** Water, Paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under **d.** and **e.** above.

Under **2.a.** through **e.** above, any ensuing loss to property described in Coverages **A, B** and **C** not precluded by any other provision in this policy is covered.

**B.** Under Coverages **A** and **B**:

  **1.** Caused by vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

  **2.** Involving collapse, including any of the following conditions of property or any part of the property:

    **a.** An abrupt falling down or caving in;

    **b.** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    **c.** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **a.** or **b.** above;

other than as provided in **E.8.** Collapse under Section **I** - Property Coverages. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**C.** Under Coverage **C** caused by:

  **1.** Breakage of eyeglasses, glassware, statuary, marble, bric-a-brac, porcelains and similar fragile articles other than jewelry, watches bronzes, cameras and photographic lenses.

However, there is coverage for breakage of the property by or resulting from:

    **a.** Fire, lightning, windstorm, hail;

    **b.** Smoke, other than smoke from agricultural smudging or industrial operations;

    **c.** Explosion, riot, civil commotion;

    **d.** Aircraft, vehicles, vandalism and malicious mischief;

    **e.** Collapse of a building or any part of a building;

    **f.** Water not otherwise excluded;

    **g.** Theft or attempted theft; or

    **h.** Sudden and accidental tearing apart, cracking, burning or bulging of:

      **(1)** A steam or hot water heating system;

      **(2)** An air conditioning or automatic fire protective sprinkler system; or

      **(3)** An appliance for heating water;

  **2.** Dampness of atmosphere or extremes of temperature unless the direct cause of loss is rain, snow, sleet or hail;

  **3.** Refinishing, renovating or repairing property other than watches, jewelry and furs;

  **4.** Collision, other than collision with a land vehicle, sinking, swamping or stranding of watercraft, including their trailers, furnishings, equipment and outboard engines or motors; or

**5.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss to property described in Coverage **C** not precluded by any other provision in this policy is covered.

## SECTIONI - EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

### 1. Ordinance Or Law

Ordinance Or Law means any ordinance or law:

**a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **A.1.a.** does not apply to the amount of coverage that may be provided for in **E.11.** Ordinance Or Law under Section **I - Property Coverages**;

**b.** The requirements which result in a loss in value to property; or

**c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion **A.1.** applies whether or not the property has been physically damaged.

### 2. Earth Movement

Earth Movement means:

**a.** Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

**b.** Landslide, mudslide or mudflow;

**c.** Subsidence or sinkhole; or

**d.** Any other earth movement including earth sinking, rising or shifting.

This Exclusion **A.2.** applies regardless of whether any of the above, in **A.2.a.** through **A.2.d.,** is caused by an act of nature or is otherwise caused.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.2.a.** through **A.2.d.,** is covered.

### 3. Water

This means:

**a.** Flood, surface water, waves, including tidal wave and tsunami, tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind, including storm surge;

**b.** Water which:

**(1)** Backs up through sewers or drains; or

**(2)** Overflows or is otherwise discharged from a sump, sump pump or related equipment;

**c.** Water below the surface of the ground, including water which exerts pressure on, or seeps, leaks or flows through a building, sidewalk, driveway, patio, foundation, swimming pool or other structure; or

**d.** Waterborne material carried or otherwise moved by any of the water referred to in **A.3.a.** through **A.3.c.** of this exclusion.

This Exclusion **A.3.** applies regardless of whether any of the above, in **A.3.a.** through **A.3.d.,** is caused by an act of nature or is otherwise caused.

This Exclusion **A.3.** applies to, but is not limited to, escape, overflow or discharge, for any reason, of water or waterborne material from a dam, levee, seawall or any other boundary or containment system.

However, direct loss by fire, explosion or theft resulting from any of the above, in **A.3.a.** through **A.3.d.,** is covered.

This exclusion does not apply to property described in Coverage **C** that is away from a premises or location owned, rented, occupied or controlled by an "insured".

This exclusion applies to property described in Coverage **C** that is on a premises or location owned, rented, occupied or controlled by an "insured" even if weather conditions contribute in any way to produce the loss.

### 4. Power Failure

Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

© Insurance Services Office, Inc., 2010

**5. Neglect**

Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

**6. War**

War includes the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **N.** Nuclear Hazard Clause under Section **I -** Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage **A, B** or **C** by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**1.** Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in **A.** above to produce the loss.

**2.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**3.** Faulty, inadequate or defective:

**a.** Planning, zoning, development, surveying, siting;

**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**c.** Materials used in repair, construction, renovation or remodeling; or

**d.** Maintenance;

of part or all of any property whether on or off the "residence premises".

## SECTION I - CONDITIONS

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**1.** To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

**2.** For more than the applicable limit of liability.

**B. Deductible**

Unless otherwise noted in this policy, the following deductible provision applies:

With respect to any one loss:

**1.** Subject to the applicable limit of liability, we will pay only that part of the total of all loss payable that exceeds the deductible amount shown in the Declarations.

**2.** If two or more deductibles under this policy apply to the loss, only the highest deductible amount will apply.

**C. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, or an "insured" seeking coverage, or a representative of either:

**1.** Give prompt notice to us or our agent;

**2.** Notify the police in case of loss by theft;

**3.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I -** Property Coverages;

**4.** Protect the property from further damage. If repairs to the property are required, you must:

**a.** Make reasonable and necessary repairs to protect the property; and

**b.** Keep an accurate record of repair expenses;

**5.** Cooperate with us in the investigation of a claim;

© Insurance Services Office, Inc., 2010

**6.** Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**7.** As often as we reasonably require:

  **a.** Show the damaged property;

  **b.** Provide us with records and documents we request and permit us to make copies; and

  **c.** Submit to examination under oath, while not in the presence of another "insured", and sign the same;

**8.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

  **a.** The time and cause of loss;

  **b.** The interests of all "insureds"and all others in the property involved and all liens on the property;

  **c.** Other insurance which may cover the loss;

  **d.** Changes in title or occupancy of the property during the term of the policy;

  **e.** Specifications of damaged buildings and detailed repair estimates;

  **f.** The inventory of damaged personal property described in **6.** above;

  **g.** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

  **h.** Evidence or affidavit that supports a claim under **E.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section **I** - Property Coverages, stating the amount and cause of loss.

**D. Loss Settlement**

In this Condition **D.,** the terms "cost to repair or replace" and "replacement cost" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **E.11.** Ordinance Or Law under Section **I** - Property Coverages. Covered property losses are settled as follows:

**1.** Property of the following types:

  **a.** Personal property;

  **b.** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings;

  **c.** Structures that are not buildings; and

  **d.** Grave markers, including mausoleums;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation, subject to the following:

  **a.** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, without deduction for depreciation, but not more than the least of the following amounts:

    **(1)** The limit of liability under this policy that applies to the building;

    **(2)** The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

    **(3)** The necessary amount actually spent to repair or replace the damaged building.

    If the building is rebuilt at a new premises, the cost described in **(2)** above is limited to the cost which would have been incurred if the building had been built at the original premises.

  **b.** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

    **(1)** The actual cash value of that part of the building damaged; or

    **(2)** That proportion of the cost to repair or replace, without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

  **c.** To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

    **(1)** Excavations, footings, foundations, piers, or any other structures or devices that support all or part of the building, which are below the undersurface of the lowest basement floor;

© Insurance Services Office, Inc., 2010

    **(2)** Those supports described in **(1)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and

    **(3)** Underground flues, pipes, wiring and drains.

**d.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in **2.a.** and **b.** above.

However, if the cost to repair or replace the damage is both:

    **(1)** Less than 5% of the amount of insurance in this policy on the building; and

    **(2)** Less than $2,500;

we will settle the loss as noted in **2.a.** and **b.** above whether or not actual repair or replacement is complete.

**e.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Condition **D.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

**E. Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

**1.** Repair or replace any part to restore the pair or set to its value before the loss; or

**2.** Pay the difference between actual cash value of the property before and after the loss.

**F. Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

**G. Other Insurance And Service Agreement**

If a loss covered by this policy is also covered by:

**1.** Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

**2.** A service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

**H. Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this policy and the action is started within two years after the date of loss.

**I. Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

**J. Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

**K. Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**L. Mortgage Clause**

**1.** If a mortgagee is named in this policy, any loss payable under Coverage **A** or **B** will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

© Insurance Services Office, Inc., 2010

2. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

   **a.** Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

   **b.** Pays any premium due under this policy on demand if you have neglected to pay the premium; and

   **c.** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs **F.** Appraisal, **H.** Suit Against Us and **J.** Loss Payment under Section **I** - Conditions also apply to the mortgagee.

3. If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4. If we pay the mortgagee for any loss and deny payment to you:

   **a.** We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

   **b.** At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

5. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

## M. No Benefit To Bailee

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

## N. Nuclear Hazard Clause

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

3. This policy does not apply under Section **I** to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

## O. Recovered Property

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

## P. Volcanic Eruption Period

One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## Q. Policy Period

This policy applies only to loss which occurs during the policy period.

## R. Concealment Or Fraud

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

## S. Loss Payable Clause

If the Declarations shows a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

## SECTION II - LIABILITY COVERAGES

## A. Coverage E - Personal Liability

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

## B. Coverage F - Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured".

## SECTION II - EXCLUSIONS

## A. "Motor Vehicle Liability"

1. Coverages **E** and **F** do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

   a. Is registered for use on public roads or property;

   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

   c. Is being:

      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

      (2) Rented to others;

      (3) Used to carry persons or cargo for a charge; or

      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:

   a. In dead storage on an "insured location";

b. Used solely to service a residence;

c. Designed to assist the handicapped and, at the time of an "occurrence", it is:

   (1) Being used to assist a handicapped person; or

   (2) Parked on an "insured location";

d. Designed for recreational use off public roads and:

   (1) Not owned by an "insured"; or

   (2) Owned by an "insured" provided the "occurrence" takes place:

      (a) On an "insured location" as defined in Definition **B.6.a., b., d., e.** or **h.;** or

      (b) Off an "insured location" and the "motor vehicle" is:

         (i) Designed as a toy vehicle for use by children under seven years of age;

         (ii) Powered by one or more batteries; and

         (iii) Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

e. A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

   (1) A golfing facility and is parked or stored there, or being used by an "insured" to:

      (a) Play the game of golf or for other recreational or leisure activity allowed by the facility;

      (b) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

      (c) Cross public roads at designated points to access other parts of the golfing facility; or

   (2) A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**B. "Watercraft Liability"**

1. Coverages **E** and **F** do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

    a. Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

    b. Rented to others;

    c. Used to carry persons or cargo for a charge; or

    d. Used for any "business" purpose.

2. If Exclusion **B.1.** does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

    a. Is stored;

    b. Is a sailing vessel, with or without auxiliary power, that is:

        (1) Less than 26 feet in overall length; or

        (2) 26 feet or more in overall length and not owned by or rented to an "insured"; or

    c. Is not a sailing vessel and is powered by:

        (1) An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

            (a) 50 horsepower or less and not owned by an "insured"; or

            (b) More than 50 horsepower and not owned by or rented to an "insured"; or

        (2) One or more outboard engines or motors with:

            (a) 25 total horsepower or less;

            (b) More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

            (c) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

            (d) More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

                (i) You declare them at policy inception; or

                (ii) Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in **(c)** and **(d)** above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

**C. "Aircraft Liability"**

This policy does not cover "aircraft liability".

**D. "Hovercraft Liability"**

This policy does not cover "hovercraft liability".

**E. Coverage E - Personal Liability And Coverage F - Medical Payments To Others**

Coverages **E** and **F** do not apply to the following:

1. **Expected Or Intended Injury**

    "Bodily injury" or "property damage" which is expected or intended by an "insured", even if the resulting "bodily injury" or "property damage":

    a. Is of a different kind, quality or degree than initially expected or intended; or

    b. Is sustained by a different person, entity or property than initially expected or intended.

    However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property;

2. **"Business"**

    a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

    This Exclusion **E.2.** applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

    b. This Exclusion **E.2.** does not apply to:

        (1) The rental or holding for rental of an "insured location";

            (a) On an occasional basis if used only as a residence;

            (b) In part for use only as a residence, unless a single-family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

            (c) In part, as an office, school, studio or private garage; and

**(2)** An "insured"under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

**3. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

**4. "Insured's" Premises Not An "Insured Location"**

"Bodily injury" or "property damage" arising out of a premises:

**a.** Owned by an "insured";

**b.** Rented to an "insured"; or

**c.** Rented to others by an "insured";

that is not an "insured location";

**5. War**

"Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

**6. Communicable Disease**

"Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

**7. Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage"arising out of sexual molestation, corporal punishment or physical or mental abuse; or

**8. Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the lawful orders of a licensed health care professional.

Exclusions **A.** "Motor Vehicle Liability", **B.** "Watercraft Liability", **C.** "Aircraft Liability", **D.** "Hovercraft Liability" and **E.4.** "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**F. Coverage E - Personal Liability**

Coverage **E** does not apply to:

**1.** Liability:

  **a.** For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in **D.** Loss Assessment under Section **II -** Additional Coverages;

  **b.** Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

   **(1)** That directly relate to the ownership, maintenance or use of an "insured location"; or

   **(2)** Where the liability of others is assumed by you prior to an "occurrence";

   unless excluded in **a.** above or elsewhere in this policy;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

  **a.** Workers' compensation law;

  **b.** Non-occupational disability law; or

  **c.** Occupational disease law;

**5.** "Bodily injury" or "property damage" for which an "insured" under this policy:

  **a.** Is also an insured under a nuclear energy liability policy issued by the:

   **(1)** Nuclear Energy Liability Insurance Association;

© Insurance Services Office, Inc., 2010

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors; or

**b.** Would be an insured under such a policy but for the exhaustion of its limit of liability; or

**6.** "Bodily injury"to you or an "insured"as defined under Definition **5.a.** or **b.**

This exclusion also applies to any claim made or suit brought against you or an "insured" to:

**a.** Repay; or

**b.** Share damages with;

another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F - Medical Payments To Others**

Coverage **F** does not apply to "bodily injury":

**1.** To a "residence employee" if the "bodily injury":

**a.** Occurs off the "insured location"; and

**b.** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.** To any person eligible to receive benefits voluntarily provided or required to be provided under any:

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**3.** From any:

**a.** Nuclear reaction;

**b.** Nuclear radiation; or

**c.** Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

**d.** Any consequence of any of these; or

**4.** To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

**SECTION II - ADDITIONAL COVERAGES**

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

**1.** Expenses we incur and costs taxed against an "insured" in any suit we defend;

**2.** Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage **E** limit of liability. We need not apply for or furnish any bond;

**3.** Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

**4.** Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

**1.** We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

**2.** We will not pay for "property damage":

**a.** To the extent of any amount recoverable under Section **I**;

**b.** Caused intentionally by an "insured" who is 13 years of age or older;

**c.** To property owned by an "insured";

**d.** To property owned by or rented to a tenant of an "insured" or a resident in your household; or

**e.** Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

(3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

This Exclusion **e.(3)** does not apply to a "motor vehicle" that:

(a) Is designed for recreational use off public roads;

(b) Is not owned by an "insured"; and

(c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

**D. Loss Assessment**

1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

   a. "Bodily injury" or "property damage" not excluded from coverage under Section **II** - Exclusions; or

   b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

      (1) Is elected by the members of a corporation or association of property owners; and

      (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. Paragraph **I.** Policy Period under Section **II** - Conditions does not apply to this Loss Assessment Coverage.

3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

   a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**SECTION II - CONDITIONS**

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** Limit Of Liability shown in the Declarations.

**B. Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C.** Damage To Property Of Others under Section **II** - Additional Coverages, submit to us within 60 days after the loss a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person — Coverage F - Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim - Coverage F - Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section **II.**

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage **E** can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

**SECTIONS I AND II - CONDITIONS**

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

   a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

      (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

**HO 00 05 05 11**

© Insurance Services Office, Inc., 2010

**(2)** If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**d.** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**3.** When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**4.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

## D. Nonrenewal

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

## E. Assignment

Assignment of this policy will not be valid unless we give our written consent.

## F. Subrogation

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage **F** or Paragraph **C.** Damage To Property Of Others under Section **II -** Additional Coverages.

## G. Death

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

**1.** We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

**2.** "Insured" includes:

**a.** An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

**b.** With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

© Insurance Services Office, Inc., 2010

**HOMEOWNERS**
**HO 01 06 01 19**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - CONNECTICUT

Throughout this Policy, the following applies with respect to actual cash value as used in regard to loss covered under Coverages **A** and **B**:

The actual cash value immediately prior to the time of such loss shall be the amount which it would cost to repair or replace the building with material of like kind and quality, minus reasonable depreciation. Depreciation, as used herein, means a decrease in value over a period of time due to wear and tear.

## SECTION I - PROPERTY COVERAGES

### C. Coverage C - Personal Property

1. Paragraph **C.4.k.** Water or steam (Paragraph **A.4.k.** in Form **HO 00 04** and Paragraph **B.4.k.** in Form **HO 00 06**) is deleted.

2. Paragraph **C.4.c.(2)** is replaced by the following:

   **(2)** We do cover vehicles or conveyances not subject to motor vehicle registration which are:

      **(a)** Used solely to service a residence; or

      **(b)** Designed for assisting the handicapped;

   (This is Paragraph **A.4.c.(2)** in Form **HO 00 04** and Paragraph **B.4.c.(2)** in Form **HO 00 06**.)

### E. Additional Coverages

Paragraph **8. Collapse** is replaced by the following:

### 8. Collapse

   **a.** This Additional Coverage does not:

      **(1)** Increase the limit of liability that applies to the damaged covered property; nor

      **(2)** Reduce or eliminate coverage with respect to a loss that was caused by a Peril Insured Against named under Coverage **C**.

   **b.** The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse.

   **c.** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

   **d.** This Additional Coverage - Collapse does not apply to:

      **(1)** A building or any part of a building that is in danger of falling down or caving in;

      **(2)** A part of a building that is standing, even if it has separated from another part of the building; or

      **(3)** A building or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

   **e.** We insure for direct physical loss to covered property involving abrupt collapse of a building or any part of a building if such collapse was caused by one or more of the following:

      **(1)** The Perils Insured Against;

      **(2)** Decay, of a building or any part of a building, that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

      **(3)** Insect or vermin damage, to a building or any part of a building, that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

      **(4)** Weight of contents, equipment, animals or people;

      **(5)** Weight of rain which collects on a roof; or

      **(6)** Use of defective material or methods in construction, remodeling or renovation.

© Insurance Services Office, Inc., 2018

**f.** Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **e.(2)** through **(6)** above, unless the loss is a direct result of the collapse of a building or any part of a building.

(This is Additional Coverage **C.8.** in Form **HO 00 04** and **D.8.** in Form **HO 00 06.**)

## SECTION I - EXCLUSIONS

Paragraph **8. Intentional Loss** is replaced by the following:

### 8. Intentional Loss

We do not provide coverage for the "insured" who commits or conspires to commit an act with the intent to cause a loss.

(This is Paragraph **A.8.** in Forms **HO 00 03** and **HO 00 05.**)

## SECTION I - CONDITIONS

Paragraph **F. Appraisal** is replaced by the following:

### F. Appraisal

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and disinterested appraiser within 20 days after receiving a written request from the other. The two appraisers will choose a competent and disinterested umpire. If they can not agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

Paragraph **H. Suit Against Us** is replaced by the following in all forms except **HO 00 04:**

### H. Suit Against Us

No action can be brought against us unless there has been full compliance with all of the terms under Section **I** of this Policy and the action is started:

**1.** Within two years after the date of loss, except as provided in Paragraph **2.**

**2.** No later than one year after the date you receive written denial for all or any part of a claim for foundation deterioration due to the presence of pyrrhotite.

Paragraph **J. Loss Payment** is replaced by the following:

### J. Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the Policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

**1.** Reach an agreement with you;

**2.** There is an entry of a final judgment; or

**3.** There is a filing of an appraisal award with us.

Prior to expiration of the aforementioned time period, we may make partial payment towards the amount of loss as an advance payment, provided we and you agree to such advance payment in writing. The advance payment will be credited towards the total amount of covered loss or damage. An advance payment does not extend the time for payment of the total amount of covered loss or damage.

Paragraph **L. Mortgage Clause** is replaced by the following in all forms except **HO 00 04:**

### L. Mortgagee Interest And Obligations

If the loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the "insured", such interest in this Policy may be cancelled by giving to such mortgagee 10 days' written notice of cancellation.

© Insurance Services Office, Inc., 2018

If the "insured" fails to render proof of loss, such mortgagee, upon notice, shall render proof of loss in the form herein specified within 60 days thereafter and shall be subject to the provisions hereof relating to appraisal and time of payment and of bringing suit.  If this company shall claim that no liability existed as to the mortgagor or owner, it shall, to the extent of payment of loss to the mortgagee, be subrogated to all the mortgagee's rights of recovery, but without impairing mortgagee's right to sue; or it may pay off the mortgage debt and require an assignment thereof and of the mortgage.  Other provisions relating to the interests and obligations of such mortgagee may be added hereto by agreement in writing.

Paragraph **R. Concealment Or Fraud** is deleted.

(This is Condition **Q.** in Form **HO 00 04.**)

## SECTION II - EXCLUSIONS

Paragraph **A.2.** is replaced by the following in all forms and Endorsement **HO 24 73:**

  **2.** If Exclusion **A.1.** does not apply, there is still no coverage for "motor vehicle liability", unless the "motor vehicle" is:

    **a.** In dead storage on an "insured location";

    **b.** Used solely to service a residence;

    **c.** Designed for assisting the handicapped; or

    **d.** Designed for recreational use off public roads and:

      **(1)** Not owned by an "insured"; or

      **(2)** Owned by an "insured" provided the "occurrence" takes place:

        **(a)** On an "insured location" as defined in Definition **B.6.a., b., d., e.** or **h.;** or

        **(b)** Off an "insured location" and the "motor vehicle" is:

          **(i)** Designed as a toy vehicle for use by children under seven years of age;

          **(ii)** Powered by one or more batteries; and

          **(iii)** Not built or modified after manufacture to exceed a speed of five miles per hour on level ground;

    **e.** A motorized golf cart that is owned by an "insured", designed to carry up to four persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

      **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

        **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

        **(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

        **(c)** Cross public roads at designated points to access other parts of the golfing facility; or

      **(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

**E. Coverage E - Personal Liability And Coverage F - Medical Payments To Others**

  Paragraph **1.   Expected Or Intended Injury** is replaced by the following in all forms and Endorsement **HO 24 73:**

  **1. Expected Or Intended Injury**

    "Bodily injury" or "property damage" which is expected or intended by the "insured", even if the resulting "bodily injury" or "property damage":

    **a.** Is of a different kind, quality or degree than initially expected or intended; or

    **b.** Is sustained by a different person, entity or property than initially expected or intended.

    However, this Exclusion **E.1.** does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by the "insured" to protect persons or property.

**F. Coverage E - Personal Liability**

  Paragraph **6.** is deleted in all forms and in Endorsements **HO 24 73** and **HO 06 12**, and Personal Injury Coverage Paragraph **1.i.** is deleted in Endorsement **HO 06 12.**

© Insurance Services Office, Inc., 2018

## SECTION II - CONDITIONS

Paragraph **J.  Concealment Or Fraud** is deleted.

## SECTIONS I AND II - CONDITIONS

### C. Cancellation

Paragraphs **2.** and **2.b.** are replaced by the following:

**2.** We may cancel this Policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice, stating the reasons for cancellation, may be delivered to you, or mailed to you at your mailing address shown in the Declarations by registered mail, certified mail or United States Postal Service certificate of mailing.  The notice will state that excess premium (if not tendered) will be refunded on demand.

  **b.** When this Policy has been in effect for less than 60 days and is not a renewal with us, we may cancel by letting you know at least 30 days before the date cancellation takes effect.

Paragraph **D.  Nonrenewal** is replaced by the following:

### D. Nonrenewal

If we decide not to renew this Policy, we will send notice as provided in Paragraph **I.** below.

The following paragraphs are added:

### H. Conditional Renewal

**1.** If we conditionally renew this Policy under terms or conditions less favorable to the insured than currently provided under this Policy, then we will send notice as provided in Paragraph **I.** below.

**2.** The conditional renewal notice shall clearly state or be accompanied by a statement clearly identifying any:

  **a.** Reduction in coverage limits;

  **b.** Coverage provisions added or revised that reduce coverage; or

  **c.** Increases in deductibles.

### I. Notices Of Nonrenewal And Conditional Renewal

We may elect to conditionally renew or not to renew this Policy and may do so by letting you know in writing at least 60 days before the expiration date of this Policy.  The written notice, stating the reasons for nonrenewal or conditional renewal, may be delivered to you, or mailed to you at your mailing address shown in the Declarations by registered mail, certified mail or United States Postal Service certificate of mailing.

### J. Concealment Or Fraud

We will not provide coverage for the insured who, whether before or after a loss, has intentionally:

**1.** Concealed or misrepresented any material fact or circumstance;

**2.** Engaged in fraudulent conduct; or

**3.** Made material false statements;

relating to this insurance.

All other provisions of this Policy apply.

© Insurance Services Office, Inc., 2018

**HOMEOWNERS**
**HO 04 11 (05/11)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL LIMITS OF LIABILITY
# FOR COVERAGES A, B, C AND D

To the extent that coverage is provided, we agree to amend the present limits of liability in accordance with the following provisions:

**A.** If you have:

**1.** Allowed us to adjust the Coverage **A** limit of liability and the premium in accordance with:

**a.** The property evaluations we make; and

**b.** Any increases in inflation; and

**2.** Notified us, within 30 days of completion, of any improvements, alterations or additions to the building insured under Coverage **A** which increase the replacement cost of the building by 5% or more;

the provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged building.

**B.** If there is a loss to the building insured under Coverage **A** that exceeds the Coverage **A** Limit Of Liability shown in the Declarations:

**1.** We will increase the Coverage **A** limit of liability to equal the current replacement cost of the building;

**2.** We will increase, by the same percentage applied to Coverage **A**, the limits of liability for Coverages **B**, **C** and **D**. However, we will do this only if the Coverage **A** limit of liability is increased under Paragraph **B.1.** as a result of a Coverage **A** loss;

**3.** We will adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limits of liability; and

**4.** For the purpose of settling that loss only, **Section I - Condition D. Loss Settlement,** Paragraph **2.** is replaced by Paragraphs **2., 3.** and **4.** as follows:

**2.** Buildings covered under Coverage **A** or **B** at replacement cost without deduction for depreciation. We will pay no more than the smallest of the following amounts:

**a.** The replacement cost of that part of the building damaged with material of like kind and quality and for like use;

**b.** The necessary amount actually spent to repair or replace the damaged building; or

**c.** The limit of liability under this policy that applies to the building, increased in accordance with Paragraphs **B.1.** and **B.2.** of this endorsement.

If the building is rebuilt at a new premises, the cost described in **a.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**3.** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

**4.** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability on a replacement cost basis, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building.

All other provisions of this policy apply.

© Insurance Services Office, Inc., 2010

**HO 04 11 (05/11)**
Page 1 of 1

HOMEOWNERS
HO 04 16 (10/00)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or automatic sprinkler system approved by us on the "residence premises". You agree to maintain this system or systems, for which we have granted a credit, in working order and to let us know promptly of any change, including removal, made to the system(s).

© Insurance Services Office, Inc., 1999

POLICY NUMBER:

**HOMEOWNERS
HO 04 75 (05/11)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE - CONNECTICUT

### SCHEDULE

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

| | | |
|---|---|---|
| These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims made, or the number of locations insured under this endorsement and listed in this Schedule. | | |
| **1.** | **Section I - Property Coverage Limit Of Liability For The Additional Coverage "Fungi", Wet Or Dry Rot, Or Bacteria** | $ |
| **2.** | **Section II - Coverage E Aggregate Sublimit Of Liability For "Fungi", Wet Or Dry Rot, Or Bacteria** | $ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## DEFINITIONS

The following definition is added:

**"Fungi"**

**a.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**b.** Under Section **II**, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

## SECTION I - PROPERTY COVERAGES

### E. Additional Coverages

Paragraph **10.k.(2)(d)** is deleted in Form **HO 00 05** only.

The following Additional Coverage is added:

**13. "Fungi", Wet Or Dry Rot, Or Bacteria**

**a.** The amount shown in the Schedule above is the most we will pay for:

**(1)** The total of all loss payable under Section **I** - Property Coverages caused by "fungi", wet or dry rot, or bacteria;

**(2)** The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section **I** - Property Coverages;

**(3)** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or bacteria; and

**(4)** The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or bacteria whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or bacteria.

**b.** The coverage described in **13.a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**c.** The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

**(1)** Number of locations insured under this endorsement; or

**(2)** Number of claims made.

**d.** If there is covered loss or damage to covered property, not caused, in whole or in part, by "fungi", wet or dry rot, or bacteria, loss payment will not be limited by the terms of this Additional Coverage, except to the extent that "fungi", wet or dry rot, or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Additional Coverage.

© Insurance Services Office, Inc., 2010

This coverage does not increase the limit of liability applying to the damaged covered property.

## SECTION I - PERILS INSURED AGAINST

In Form **HO 00 03:**

**A. Coverage A - Dwelling And Coverage B - Other Structures**

Paragraph **2.c.(5)** is replaced by the following:

**(5)** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **2.c.(6)(c)** is replaced by the following:

**(c)** Smog, rust or other corrosion;

**B. Coverage C - Personal Property**

**12. Accidental Discharge Or Overflow Of Water Or Steam**

Paragraph **b.(4)** is replaced by the following:

**(4)** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

In Form **HO 00 05:**

**A. Under Coverages A, B** and **C:**

Paragraph **2.d.** is replaced by the following:

**d.** Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph **2.e.(3)** is replaced by the following:

**(3)** Smog, rust or other corrosion;

## SECTION I - EXCLUSIONS

Exclusion **A.10.** is added:

**10. "Fungi", Wet Or Dry Rot, Or Bacteria**

"Fungi", Wet Or Dry Rot, Or Bacteria meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or bacteria.

This exclusion does not apply:

**a.** When "fungi", wet or dry rot, or bacteria results from fire or lightning; or

**b.** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or Bacteria Additional Coverage under Section I - Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or bacteria is covered.

## SECTION II - CONDITIONS

Condition **A. Limit Of Liability** is replaced by the following:

**A. Limit Of Liability**

Our total liability under Coverage **E** for all damages resulting from any one "occurrence" will not be more than the Coverage **E** Limit Of Liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Our total liability under Coverage **F** for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage **F** Limit Of Liability shown in the Declarations.

© Insurance Services Office, Inc., 2010

However, our total liability under Coverage **E** for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or bacteria will not be more than the Section **II** - Coverage **E** Aggregate Sublimit Of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria. That sublimit is the amount shown in the Schedule. This is the most we will pay regardless of the:

1. Number of locations insured under the policy to which this endorsement is attached;

2. Number of persons injured;

3. Number of persons whose property is damaged;

4. Number of "insureds"; or

5. Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the Coverage **E** limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages arising out of "fungi", wet or dry rot, or bacteria described in Condition **A.** Limit Of Liability of this endorsement, Condition **B. Severability Of Insurance** is deleted and replaced by the following:

**B. Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section **II** - Conditions, **A.** Limit Of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

© Insurance Services Office, Inc., 2010

POLICY NUMBER:                                                    **HOMEOWNERS**
                                                                 **HO 04 77 (10/00)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW
# INCREASED AMOUNT OF COVERAGE

**SCHEDULE***

| |
|---|
| **New Total Percentage Amount:** |
| *Entry may be left blank if shown elsewhere in this policy for this coverage. |

**SECTION I - PROPERTY COVERAGES**

**ADDITIONAL COVERAGES**

**11. Ordinance Or Law**

The total limit of liability that applies:

**a.** To Coverage **A,** or

**b.** For Form **HO 00 04,** to Building Additions And Alterations;

is increased from 10% to the percentage amount shown in the Schedule above.

This is Additional Coverage **10.** in Form **HO 00 06.**

All other provisions of this policy apply.

**HO 04 77 (10/00)**

© Insurance Services Office, Inc., 1999

Page 1 of 1

**HOMEOWNERS**
**HO 04 90 (05/11)**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

## A. Eligible Property

1. Covered losses to the following property are settled at replacement cost at the time of the loss:

   a. Coverage **C**; and

   b. If covered in this policy:

      (1) Awnings, outdoor antennas and outdoor equipment; and

      (2) Carpeting and household appliances;

      whether or not attached to buildings.

2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value loss settlement:

   a. Jewelry;

   b. Furs and garments:

      (1) Trimmed with fur; or

      (2) Consisting principally of fur;

   c. Cameras, projection machines, films and related articles of equipment;

   d. Musical equipment and related articles of equipment;

   e. Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:

      (1) Pens or pencils;

      (2) Flasks;

      (3) Smoking implements; or

      (4) Jewelry; and

   f. Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.

## B. Ineligible Property

Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

1. Antiques, fine arts, paintings and similar articles of rarity or antiquity, which cannot be replaced.

2. Memorabilia, souvenirs, collectors items and similar articles, whose age or history contribute to their value.

3. Articles not maintained in good or workable condition.

4. Articles that are outdated or obsolete and are stored or not being used.

## C. Replacement Cost Loss Settlement Condition

The following loss settlement condition applies to all property described in **A.** above:

1. We will pay no more than the least of the following amounts:

   a. Replacement cost at the time of loss without deduction for depreciation;

   b. The full cost of repair at the time of loss;

   c. The limit of liability that applies to Coverage **C,** if applicable;

   d. Any applicable special limits of liability stated in this policy; or

   e. For loss to any item described in **A.2.a. - f.** above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in **A.** above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us, within 180 days after the date of the loss, of your intent to repair or replace the damaged property.

All other provisions of this policy apply.

© Insurance Services Office, Inc., 2010

POLICY NUMBER:

**HOMEOWNERS**
**HO 05 80 05 11**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL AND LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGES

SCHEDULE

The coverage provided by this endorsement and the applicable Limits Of Liability shown in this Schedule apply. These limits of liability apply to the total of all loss or expense, including loss assessments, payable under this endorsement, regardless of the number of locations insured under this endorsement and listed in this Schedule or the number of assessments charged against the "insured" during the policy period.

| 1. | **Aggregate Limited Lead And Escaped Liquid Fuel Liability Limit Of Liability** | $ |
|---|---|---|
| 2. | **Property Remediation For Escaped Liquid Fuel Limit Of Liability** | $ |
| | This Property Remediation For Escaped Liquid Fuel Limit Of Liability applies to the "residence premises" as defined in Paragraph **a., b.** or **c.** of Definition **11.** "Residence premises" in this endorsement and any of the following locations as defined in Paragraph **d.** of Definition **11.** "Residence premises": | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Definitions

The definitions applying to the policy form, other than Definition **11.** "Residence premises", apply to this endorsement.  Definition **11.** "Residence premises" is replaced by the following.  Definitions **12.** through **14.** are added only with respect to the coverage provided by this endorsement.

11. "Residence premises" means:

   **a.** The one-family dwelling where you reside;

   **b.** The two-, three- or four-family dwelling where you reside in at least one of the family units; or

   **c.** That part of any other building where you reside;

   and which is shown as the "residence premises" in the Declarations; and

   **d.** Any location shown in the Schedule of this endorsement.

   "Residence premises" also includes other structures and grounds at the locations described in **a.** through **d.** above.

12. "Covered real property".   The following applies only to the Section **I** – Property Coverages – Property Remediation For Escaped Liquid Fuel:

   **a.** "Covered real property" means:

   (1) Property owned by an "insured" and covered under Coverage **A** of this policy;

   (2) Any other one-, two-, three- or four-family dwelling building owned by an "insured" and shown in the Schedule under Paragraph **2.**;

   (3) Materials and supplies located on or next to the "residence premises", used to construct, alter or repair the dwelling or other structures on the "residence premises";

   (4) Property owned by an "insured" and covered under Coverage **B** of this policy, provided such property is located on the "residence premises"; and

**(5)** Land, other than farm land:

**(a)** Which is within the "residence premises";

**(b)** Which is owned by an "insured"; and

**(c)** On which a building or structures described in **12.a.(1)** through **12.a.(4)** are located.

**b.** "Covered real property" does not include:

**(1)** Water;

**(2)** Other structures that are part of the "fuel system"; or

**(3)** Trees, shrubs, plants or lawns, except to the extent provided in **B.3.c.** of this endorsement.

**13.** "Covered personal property". The following applies only to the Section **I** - Property Coverages – Property Remediation For Escaped Liquid Fuel:

**a.** "Covered personal property" means personal property:

**(1)** Owned or used by an "insured" and covered under Coverage **C** of this policy; and

**(2)** Located on the "residence premises".

**b.** Loss to such property shall be subject to those Coverage **C** Special Limits of Liability that apply.

**14.** "Fuel system" means:

**a.** One or more containers, tanks or vessels which have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel; and

**(1)** Are, or were, used to hold liquid fuel that is intended to be used solely for one or more of the following:

**(a)** To heat or cool a building;

**(b)** To heat water;

**(c)** To cook food; or

**(d)** To power "motor vehicles" or watercraft owned by an "insured" and not used primarily for "business"; and

**(2)** Are, or were, located on:

**(a)** "Covered real property"; or

**(b)** An "insured location";

**b.** Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in **14.a.;**

**c.** Filler pipes and flues connected to one or more containers, tanks or vessels described in **14.a.;**

**d.** A boiler, furnace or water heater, the liquid fuel for which is stored in a container, tank or vessel described in **14.a.,** and which is located on:

**(1)** "Covered real property"; or

**(2)** An "insured location";

**e.** Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in **14.a.;** or

**f.** A structure that is specifically designed and built to hold the liquid fuel that escapes from one or more containers, tanks or vessels described in **14.a.**

A "fuel system" does not include any fuel tanks that are permanently affixed to a "motor vehicle" or watercraft listed in **a.(1)(d)** above.

**B. Section I - Property Coverages**

The following coverage is added:

**Property Remediation For Escaped Liquid Fuel**

**1.** With respect to the total of all escapes of liquid fuel from a "fuel system" which an "insured" first discovers or learns of during the policy period, we will pay up to the Limit Of Liability shown in the Schedule for loss or expense described in **3.** below.

**2.** The limit shown in the Schedule for this coverage is the most we will pay for the total of all loss or expense payable under **3.** below regardless of the:

**a.** Number of locations insured under this endorsement;

**b.** Number of escapes of liquid fuel from a "fuel system" an "insured" first discovers or learns of during the policy period; or

**c.** Number of claims made.

**3. Loss Or Expense Covered**

This coverage pays for:

**a.** Loss to:

**(1)** "Covered real property"; or

**(2)** "Covered personal property";

caused directly or indirectly by the escape of such fuel from a "fuel system";

**b.** The expense you incur to:

**(1)** Take temporary measures to stop the further escape of liquid fuel from any part of the "fuel system";

**(2)** Retard or stop the spread of escaped liquid fuel;

**(3)** Clean up, remove or treat loss to:

**(a)** "Covered real property"; or

**(b)** "Covered personal property"; or

**(4)** Test, monitor or assess the effects of the escape of liquid fuel in, on or away from "covered real property":

**(a)** As required by law; or

**(b)** In response to a request, demand or order by a governmental authority or court of law.

We will pay for such expense only if it results from the same escape that is payable under **a.** or **b.(1)**, **(2)** and **(3)** above;

**c.** Loss to trees, shrubs, plants or lawns, located on the "residence premises", but only if there is loss or expense caused by the same escape that is payable under **a.** or **b.** above. However, we will not pay more than an amount equal to 5% of the Limit Of Liability shown in the Schedule for the total of all loss to trees, shrubs, plants or lawns. No more than $500 of this amount will be payable for any lawn or any one tree, shrub or plant. We do not cover property grown for "business".

Under Form **HO 00 08**, no more than $250 of the amount of insurance available under this coverage will be payable for lawns or any one tree, shrub or plant; and

**d. Additional Living Expense**

**(1)** Additional Living Expense means any necessary increase in living expenses you incur, so that your household can maintain its normal standard of living, if the escape of liquid fuel:

**(a)** Results in loss or expense payable under **a.** or **b.** above; and

**(b)** Makes that part of the "residence premises" where you reside not fit to live in.

**(2)** Payment for Additional Living Expense will be for the shortest time required:

**(a)** To make that part of the "residence premises" where you reside fit to live in; or

**(b)** For your household to settle elsewhere, if you permanently relocate.

This period of time applies even if it extends past the expiration date of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

**(3)** This coverage does not increase the Limit Of Liability shown in the Schedule.

**(4)** Section **I** – Property Coverages, **D.** Coverage **D** – Loss Of Use in the policy form does not apply to this endorsement.

**4. Loss Or Expense Not Covered**

We will not pay:

**a.** For any diminution or reduction in the market value of any:

**(1)** "Covered real property"; or

**(2)** "Covered personal property";

whether or not such property is damaged;

**b.** For any damage resulting from the loss of or reduction in value of a pending sale of:

**(1)** "Covered real property"; or

**(2)** "Covered personal property";

**c.** To replace any fuel;

**d.** For any expense to:

**(1)** Demolish or remove; or

**(2)** Repair, replace, rebuild or restore;

any part of a "fuel system", other than those expenses provided for in **3.a.** or **3.b.** above; or

**e.** For any damage that results from an escape from:

**(1)** One or more containers, tanks or vessels that are, or were, used to hold liquid fuel and are a part of a "motor vehicle" or watercraft; or

**(2)** Related lines or parts that are, or were, connected to a "motor vehicle" or watercraft.

**5.** For Form **HO 00 03**, under Section **I** – Perils Insured Against, Paragraph **A.2.c.(6)(e)** does not apply to this Property Remediation For Escaped Liquid Fuel Coverage.

6. For Form **HO 00 05**, under Section **I** – Perils Insured Against, Paragraph **A.2.e.(5)** does not apply to this Property Remediation For Escaped Liquid Fuel Coverage.

7. When the Special Computer Coverage Endorsement is attached, Paragraph **2.b.(9)(e)** in that endorsement, under Perils Insured Against, does not apply to this Property Remediation For Escaped Liquid Fuel Coverage.

8. The Additional Coverages under Section **I** - Property Coverages and the Section **I** - Exclusions apply to this Property Remediation For Escaped Liquid Fuel Coverage.

9. The Section **I** - Conditions apply to this Property Remediation For Escaped Liquid Fuel Coverage except as provided in **C.** Section **I** - Conditions below.

10. This Property Remediation For Escaped Liquid Fuel Coverage does not apply to any "residence premises" at which the containers, tanks or vessels, described in **A.14.a.** above, have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

Coverage, if any, for escape of liquid fuel from such containers, tanks or vessels is subject to those:

a. Exclusions;

b. Conditions;

c. Other provisions; and

d. Limits of Liability;

that apply to real and personal property under the policy to which this endorsement is attached.

**C. Section I - Conditions - Property Remediation For Escaped Fuel**

With respect to loss or expense described in **B.** Section **I** - Property Coverages above, **Section I Condition G. Other Insurance And Service Agreement** in the policy form is replaced by the following:

**G. Other Insurance, Service Agreements And Government Funds**

If loss or expense covered in **B.** Section **I** - Property Coverages above is also covered by:

1. Other insurance, we will pay only the proportion of the loss or expense that the limit of liability that applies under this endorsement bears to the total amount of insurance covering the loss or expense;

2. A service agreement, then this Property Remediation For Escaped Liquid Fuel Coverage is excess over any amounts payable under any such agreement. Service Agreement means a "fuel system" service plan, property restoration protection plan, or similar service or warranty agreement, even if it is characterized as insurance; or

3. A government fund, we will pay only the proportion of the loss or expense that the limit of liability that applies under this endorsement bears to the total amount payable for the loss or expense to the extent permitted by law.

**D. Section II - Liability Coverages**

**Limited Lead And Escaped Liquid Fuel Liability Coverage**

1. With respect to "bodily injury" or "property damage" described in **D.2.** below, the coverages provided by Section **II** – Liability Coverages, Coverage **E** – Personal Liability and Coverage **F** – Medical Payments To Others in the policy form, and the Limits Of Liability stated on the Declarations page do not apply.

2. This coverage applies if a claim is made or a suit is brought against an "insured" for damages because of:

a. "Bodily injury" or "property damage" caused by an "occurrence" involving the escape of fuel from a "fuel system". However, this limited coverage does not apply to an "occurrence" of fire or explosion that results from such escaped fuel. Damages resulting from such an "occurrence" of fire or explosion are subject to the Coverage **E** limit of liability of the policy to which this endorsement is attached;

b. "Bodily injury" caused by an "occurrence" involving the absorption, ingestion or inhalation of lead which is in or on an "insured location"; or

c. "Property damage" caused by an "occurrence" of lead contamination, but only if, immediately prior to the "occurrence", the lead was located at an "insured location".

NO OTHER LEAD OR ESCAPED LIQUID FUEL LIABILITY COVERAGE APPLIES UNDER THIS POLICY EXCEPT AS PROVIDED IN **D.2.** ABOVE AND **E.** BELOW.

3. If coverage applies as stated in **D.2.** above, we will:

   **a.** Pay up to the Aggregate Limit Of Liability stated in the Schedule for damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

   **b.** Provide a defense at our expense by counsel of our choice even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the Aggregate Limit Of Liability stated in the Schedule for damages resulting from "bodily injury" or "property damage" described in **D.2.** above has been exhausted by payment of a judgment or settlement.

4. With respect only to applying the provisions of this coverage as described in **D.2.** above, "bodily injury" or "property damage" caused in whole or in part by an "occurrence" described in **D.2.** above shall be deemed to have been caused solely by such an "occurrence" regardless of any other covered cause or event contributing to the "bodily injury" or "property damage".

5. The Section **II** - Additional Coverages in the policy form apply with respect to this coverage as described in **D.** above except as provided in **E.** Section **II** - Additional Coverages below.

6. The Section **II** - Conditions in the policy form apply with respect to this coverage as described in **D.** above except as provided in **F.** Section **II** - Liability Conditions below.

7. This coverage does not apply to an "insured location" at which the containers, tanks or vessels described in **A.14.a.** above have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

   Coverage, if any, for an "occurrence" involving the escape of liquid fuel from such containers, tanks or vessels is subject to those:

   **a.** Exclusions;

   **b.** Conditions;

   **c.** Other provisions; and

   **d.** Limits of Liability;

   that apply to Coverages **E** and **F** in the policy to which this endorsement is attached.

**E. Section II - Additional Coverages**

With respect to coverage described in **D. Section II - Liability Coverages** above, Additional Coverage **D. Loss Assessment** in the policy form is replaced by the following:

**D. Loss Assessment**

1. We will pay up to the Aggregate Limit Of Liability as stated in the Schedule for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

   **a.** An "occurrence" involving the escape of fuel from a "fuel system";

   **b.** "Bodily injury" caused by an "occurrence", on property owned by all members collectively, involving the absorption, ingestion or inhalation of lead which occurs on an "insured location" containing the "residence premises";

   **c.** "Property damage" caused by an "occurrence", on property owned by all members collectively, of lead contamination, but only if the lead originates at an "insured location" containing the "residence premises"; or

   **d.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

   (1) Is elected by the members of a corporation or association of property owners; and

   (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

2. We do not cover assessments charged against you or a corporation or association of property owners:

   **a.** As required by law; or

   **b.** In response to a request, demand or order by a governmental authority or court of law.

© Insurance Services Office, Inc., 2010

3. Regardless of the number of assessments, the Aggregate Limit Of Liability stated in the Schedule is the most we will pay for loss arising out of:

    **a.** All accidents, including continuous or repeated exposure to the same general harmful conditions; or

    **b.** All covered acts of one or more directors, officers or trustees. An act involving more than one director, officer or trustee is considered to be a single act.

THE LIMIT APPLICABLE TO THIS LOSS ASSESSMENT COVERAGE DOES NOT INCREASE THE AGGREGATE LIMIT OF LIABILITY STATED IN THE SCHEDULE.

4. Section **II** - Condition **I.** Policy Period in this endorsement and in the policy form to which this endorsement is attached does not apply to this coverage.

**F. Section II - Liability Conditions**

With respect to coverage described above in **D.** Section **II** - Liability Coverages:

1. Conditions **D. Duties Of An Insured Person - Coverage F - Medical Payments To Others** and **E. Payment Of Claim - Coverage F - Medical Payments To Others** in the policy form are deleted; and

2. Conditions **A. Limit Of Liability, B. Severability Of Insurance** and **I. Policy Period** in the policy form are replaced by the following:

    **A. Aggregate Limit Of Liability**

Our total liability in any one policy period for all damages resulting from the total of all "bodily injury" or "property damage" during the policy period will not be more than the Limited Lead And Escaped Liquid Fuel Liability Coverage Aggregate Limit Of Liability stated in the Schedule. This is the most we will pay regardless of the:

    **1.** Number of locations insured under the policy to which this endorsement is attached;

    **2.** Number of persons injured;

    **3.** Number of persons whose property is damaged;

    **4.** Number of "insureds"; or

    **5.** Number of claims made.

The "occurrence" limit of liability does not apply to this coverage.

**B. Severability Of Insurance**

This insurance applies separately to each "insured" except with respect to the Aggregate Limit of Liability described in **A.** Aggregate Limit of Liability above. This condition will not increase the limit for this coverage.

**I. Policy Period**

This endorsement applies to "bodily injury" or "property damage" described in **D.2.** above which occurs during the policy period.

All other provisions of the policy not specifically modified by this endorsement apply.

© Insurance Services Office, Inc., 2010

**HOMEOWNERS**
**HO P 063 10 15**

# ADVISORY NOTICE TO POLICYHOLDERS
# REGARDING HOME - SHARING SERVICES

This is a Notice regarding your Homeowners Policy.  No coverage is provided by this Notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your Declarations page for complete information on the coverages you are provided.  If there is any conflict between the Policy and this summary, **THE PROVISIONS OF YOUR HOMEOWNERS POLICY SHALL PREVAIL.**

This Notice provides information concerning the potential insurance implications for you of engaging in home-sharing arrangements through home-sharing companies.

Home-sharing companies typically offer home-sharing, or short-term rental, services which use smart-phone applications and other Internet-based platforms to connect guests looking for rentals with homeowners or renters seeking to rent out their homes, spare rooms in their homes or apartments for compensation.  These rentals may be on an **extremely** short-term (i.e., as short as **one night**) basis or as long as several months.  The parties using these services can be acting as a host and renting out such spaces to others, or acting as a guest and utilizing someone else's space.

Your Homeowners Policy contains several provisions which may limit or exclude certain coverages when you participate in a home-sharing service, either when acting as a host or acting as a guest.  For example:

- When acting as a **host,** and renting out space to others, coverage under your Homeowners Policy may, with certain exceptions, be limited or excluded with respect to:

  - Loss to a structure, other than your residence, that is rented or held for rental to others;

  - Loss to personal property of your roomers, boarders and other tenants;

  - Theft of your personal property from that part of your residence rented by you to others;

  - Loss of your appliances, carpeting and other household furnishings in each apartment regularly rented or held for rental to others; and

  - Your liability for bodily injury or property damage to others when the rentals occur more than occasionally.

- When acting as a **guest,** and utilizing someone else's space, coverage under your Homeowners Policy may be limited or excluded with respect to damage to property you rent, occupy, use or property that is in your care.

You should:
- Review your Homeowners Policy and any applicable home-sharing company provisions carefully; and
- Contact your insurance agent or broker to discuss potential gaps in insurance coverage under your policy and any protections which may be available.

© Insurance Services Office, Inc., 2015

**HO P 063 10 15**
Page 1 of 1

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site — http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004